# PHILIP SELDON

500 East 77th St., New York, N.Y. 10162 (212) 452-9103

February 14, 2013

Honorable Anne E. Thompson
United States District Court
District of New Jersey
402 E. State Street
Trenton, NJ 08608

Dear Magistrate Thompson,

I have received Mr. Leonard's reply to my opposition papers and find that it contains arguments relating to statutory issues that he did not raise in his motion. These require a response.

In addition, he included as exhibits printouts of litigation in which I have been involved which have no useful purpose other than to seek to prejudice this court which if explained would be seen in a different and favorable light. His inclusion of this material is most unfair and is unnecessary for his defense of the service and statutory issues he has raised. I would like the opportunity to provide the background of this litigation and explain the results to the court.

I would greatly appreciate an opportunity to respond to these issues in sur-reply or additional response.

If this request is granted I request until February 28th to file my response as it would be involved or if the court considers this too long an extension then February 25th.

Very truly yours,

*Philip Seldon*

Philip Seldon

cc: Jeffrey Leonard